IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

*FILED IN OPEN COURT*
*U.S.D.C. Atlanta*

*OCT 21 2011*

*JAMES N. HATTEN, Clerk*
*By: ____ Deputy Clerk*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:11-CR-479-SCJ |
| MARK A. CONNER | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
### Perjury
### (18 U.S.C. § 1623)

On or about February 3, 2011, in the Northern District of Georgia, the defendant, MARK A. CONNER, while under oath and testifying in a proceeding before or ancillary to any Court of the United States, being a hearing in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, conducted pursuant to Title 11, United States Code, Section 341, in proceedings captioned *In re Conner*, No. 11-50818, filed on January 5, 2011, did knowingly make a false material declaration; to wit, the defendant, MARK A. CONNER, made the following false declarations while under oath and with respect to a material matter in response to questions from the United States Bankruptcy Trustee:

Q.   Mr. Conner, did you meet with your attorney and provide her with all the information in this case?

A.   Yes sir, I did.

Q.   Did you list everything you own and everyone you owe money to?

A.   <u>Yes sir, I did.</u>

Q.   Did you get a thorough chance to read and sign all of your documents before they were filed?

A.   Yes I did.

Q.   And is it your testimony today that all of the information listed in your case is true and accurate in all respects?

A.   <u>It is.</u>

＊＊＊＊＊＊

Q.   With your corporate entities, are any of them still operating right now?

A.   <u>Uh, uh, Henry Holdings would be the uh, would be the uh I guess would be the only one, I believe</u>.

Q.   And for the properties that you've listed in your case, uh, had you been trying to solicit buyers for those within the past year?

A.   Oh abs [*sic*], well, and, and, uh, uh, just two minutes worth of history, about three years ago this list was about $50 million worth of debt, and I've been selling properties off, been working on things with creditors. I'd gotten it down to about $25 million, basically got it cut down about half.  <u>But, you know, I also had a big liquid reserve three years ago and now I'm down to less than nothing.</u>

＊＊＊＊＊

Q.   And within the next six months, do you have any reason to think you might receive any sum of money or property?

A.   <u>No, other than, other than from the consultant work I'm doing I get, I make some money every month.</u>

All in violation of Title 18, United States Code, Section 1623.


SALLY QUILLIAN YATES
UNITED STATES ATTORNEY


DOUGLAS W. GILEFILLAN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 294713


DAVID M. CHAIKEN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 118618


600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000


3