# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**FILED IN OPEN COURT**
U.S.D.C. Atlanta

DIVISION Atlanta
(USAO 2011R01241)   OCT 21 2011

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**
**IN UNITED STATES DISTRICT COURT**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:11-CR-479-SCJ

MAGISTRATE CASE NO. _____

__ Indictment    X Information    __ Magistrate's Complaint

DATE: ____    DATE: 10/21/11    DATE: ____

| UNITED STATES OF AMERICA vs. **MARK A. CONNER** | SUPERSEDING |
|---|---|
|  | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:            TOTAL COUNTS:
(as to deft)               (as to deft)

GREATER OFFENSE CHARGED:
X Felony    __ Misdemeanor

**DEFENDANT:**

**IS NOT IN CUSTODY:**

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____    Issued by: _____

**IS IN CUSTODY:**

4. __ On this charge.
5. X On another conviction.
6. Awaiting trial on other charges  X Yes __ No
   X Federal    __ State
   If Yes, show name of institution  c/o U.S. Marshal, NDGA
   Has detainer been filed __ Yes    __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
|  | JUDGE: Steve C. Jones |
|  | A.U.S.A.: David Chaiken |
|  | DEFT'S ATTY: Paul Monnin |
|  | SALLY QUILLIAN YATES |
|  | UNITED STATES ATTORNEY |
|  | BY: David Chaiken |
|  | Assistant United States Attorney |
|  | DATE: 10/21/11 |