# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cr-00121-SCJ-LTW & 1:11-cr-0479-SCJ
### USA v. Conner et al
### Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 08/9/2012.

TIME COURT COMMENCED: 10:20 A.M.
TIME COURT CONCLUDED: 11:20 A.M.
TIME IN COURT: 1:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Lois Phillips
USPO: Barbara Oswald
DEPUTY CLERK: Pamela Wright

DEFENDANT(S):  [1]Mark A. Conner Present at proceedings

ATTORNEY(S) PRESENT:
David Chaiken representing USA
Edward Garland representing Mark A. Conner
Douglas Gilfillan representing USA
Dahil Goss representing USA
Paul Monnin representing Mark A. Conner
Donald Samuel representing Mark A. Conner
** Jim Herb, representing Mark A. Conner

PROCEEDING CATEGORY: Sentencing Hearing(Sentencing Hearing Non-evidentiary);

MINUTE TEXT: Sentencing hearing held as to Count 1s in 1:11-cr-121-1 and Count 1 in 1:11-cr-479. Oral argument heard. Sentence imposed: 144 months imprisonment in 1:11-cr-121-1 and 21 months in 1:11-cr-479, with terms to run concurrently; 5 years supervised release in 1:11-cr-121-1 and 2 years in 1:11-cr-479, with terms to run concurrently; $100.00 special assessment as to each Count, for a total special assessment of $200.00; and 500 hours community service (total, as to both cases). Restitution in the amount of $19,517,365.00 (jointly and severally with co-defendants) ordered in 1:11-cr-121-1, with preliminary order of forfeiture to be entered prior to entry of Judgment & Commitment Order. The defendant was advised of his appeal rights by the Court and remanded to USM custody pending transfer to custody of Bureau of Prisons.

HEARING STATUS: Hearing Concluded